No. 479. COCA COLA Co. *v.* CARLISLE BOTTLING WORKS. November 3, 1930. Petition for writ of certiorari to the

Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Thomas L. Mead, Jr., Harold Hirsch,* and *Frank Troutman* for petitioner. *Mr. E. C. O'Rear* for respondent.